

# CHURCH OF SAINT PETER

6730 Nicollet Avenue South, Richfield, Minnesota, 55423, 612-866-5089, www.stpetersrichfield.org



June 5, 2019

Bankruptcy clerk's office
200 Warren E Burger Federal Building and Court House
316 N Robert St.
St. Paul MN 55101

To whom it concerns:

As the Business Administrator of the of St. Peter of Richfield MN I received a Notice of Chapter 7 Bankruptcy Case of Angela Nichole Gruber Hjort, ss xxx-xx-7936, case #19-30806 – WJF.

I understand the notice saying that creditors who want to have debt exempted from discharge are to file a complaint or motion.

Since I am new to this office and not familiar with MS Gruber Hjort history other than she owes St. Peter's $7,382 in tuition I am writing to the court today to make a motion that all but the last 10% of MS Gruber Hjort's debt to St. Peter's be discharged.

The reason that I am asking that the discharge of the last 10% of her debt be denied is that,
St. Peter's supports Blessed Trinity Catholic School financially through monthly subsidy payments and maintains the Nicollet campus school building. These financial obligations to our educational ministry are becoming ever more difficult to maintain. Some payment from MS Gruber Hhort would be a big help to our financial situation and help us pursue our mission of serving our members and the broader community through justice and charity.

In Christ's peace,

Mike McNeil

Business Administrator & Director of Faith Formation
Church of St. Peter
6730 Nicollet Ave.
Richfield, MN 55432
612-866-5089